RECEIVED
MAY 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 04-60049-01 |
| VERSUS | JUDGE DOHERTY |
| STEVEN JOSEPH GUIDRY | MAGISTRATE JUDGE HILL |

## ORDER

This Court having been informed that the Judgment entered herein on May 12, 2006 erroneously requires the Bureau of Prisons to continue Mr. Guidry's incarceration for another 12 months beyond this date, and pursuant to this Court's authority under Rule 35(a) of the Federal Rules of Criminal Procedure to correct a clear error in a sentence,

IT IS HEREBY ORDERED that an Amended Judgment shall be issued reflecting this Court's sentence of Mr. Guidry to the term of imprisonment he has already served.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 16 day of May, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE