AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
MAR - 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
STEVEN JOSEPH GUIDRY
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 6:04CR60049-001

USM Number: STEVEN JOSEPH GUIDRY

Gerald Block
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) MC#1, MC#3, SC#3, SC#11 and SPC#2 of the term of supervision.
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 27, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

REBECCA F. DOHERTY, United States District Judge
Name & Title of Judicial Officer

March 2, 2007
Date

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.:
Defendant's Residence Address:
Defendant's Mailing Address:

SENT
3-6-07
BY: QY
USMS  3cc
USPO  3cc

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet I

Judgment - Page 2 of 3

CASE NUMBER: 6:04CR60049-001
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | MC#1 -On July 25, 2006, the defendant was arrested by the Lafayette City Police Department and charged with Remaining After Forbidden and Simple Criminal Damage to Property. On December 6, 2006, the defendant pled no contest to Remaining After Forbidden in Lafayette City Court, docket number CC2006-02302, and the companion charge was dismissed. | 7/25/2006 |
| 2 | MC#3 -On November 30, 2006, the defendant tested positive for the use of cocaine. On December 18, 2006, the defendant tested positive for the use of cocaine. On January 29, 2007, the defendant tested positive for the use of cocaine. | 11/30/06, 12/18/06 and 1/29/07 |
| 3 | MC#3- On January 23, 2007, the defendant tested positive for the use of marijuana. On January 29, 2007, the defendant tested positive for the use of marijuana. | 1/23/07 and 1/29/07 |
| 4 | SC#3-The defendant failed to enroll in and begin a GED program as directed by his probation officer. | |
| 5 | SC#11-The defendant was arrested by the Lafayette Police Department on July 25, 2006, and December 12, 2006. On both occasions, the defendant failed to notify his probation officer of his arrest within 72 hours. | 7/25/06 and 12/12/06 |
| 6 | SPC#2- On November 30, 2006, the defendant was referred to Acadiana Recovery Center for outpatient substance abuse treatment and was required to attend weekly sessions with his counselor. The defendant only attended one session in December and failed to report again until January 29, 2007. | |

DEFENDANT: STEVEN JOSEPH GUIDRY
CASE NUMBER: 6:04CR60049-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prisons that the defendant be referred to the 500 hour residential drug treatment program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at ___ [] a.m. [] p.m. on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL